Argued and submitted February 1, sentences vacated; remanded for resentencing; otherwise affirmed July 27, petition for review allowed November 1, 2005

(339 Or 475)

STATE OF OREGON,
*Respondent,*

*v.*

DENNIS MARTIN MURRAY,
*Appellant.*

02CR0274; A118634

117 P3d 297

James N. Varner argued the cause and filed the brief for appellant.

Joanna L. Jenkins, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Wollheim, Presiding Judge, and Edmonds* and Schuman, Judges.

PER CURIAM

Sentences vacated; remanded for resentencing; otherwise affirmed. *State v. Perez*, 196 Or App 364, 102 P3d 705 (2004), *rev allowed*, 338 Or 488 (2005).

---

* Edmonds, J., *vice* Ceniceros, S. J.